■ In the Matter of ROMARAH F.-O., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARY H., Appellant. (Appeal No. 2.) [21 NYS3d 919]—Appeal from an order of the Family Court, Onondaga County (Michael L. Hanuszczak, J.), entered May 28, 2014 in a proceeding pursuant to Family Court Act article 6 and Social Services Law § 384-b. The order, among other things, terminated respondent's parental rights.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Aaliyah H. (Mary H.)* ([appeal No. 1] 134 AD3d 1574 [2015]). Present—Smith, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.